**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| SAMUEL GENTZ, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:26-cv-350-JDK-KNM |
| | § | |
| TRAVIS H. GRAY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Following removal from state court, this case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for disposition of the action.

On October 5, 2026, the Magistrate Judge issued a Report and Recommendation, recommending that Defendant Secretary of the United States Department of Veterans Affairs's motion to dismiss be granted. Docket No. 18. The Report recommends that the Court enter an Order confirming Defendant's disclaimer, dismiss all claims asserted against the Secretary of the United States Department of Veterans Affairs without prejudice for lack of jurisdiction, and remand all remaining state law claims. *Id.* The parties did not file written objections.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court

examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, no objections were filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 18) as the findings of this Court. It is therefore **ORDERED** that the motion to dismiss (Docket No. 11) is **GRANTED**. Defendant Secretary of the United States Department of Veterans Affairs disclaimed all right, title, or interest in the subject property adverse to Plaintiffs. All claims against the Secretary of the United States Department of Veterans Affairs are **DISMISSED** without prejudice for lack of jurisdiction. The Court declines to exercise supplemental jurisdiction over the remaining state law claims. The remaining claims are **REMANDED** to the 4th Judicial District Court, Rusk County, Texas.

So **ORDERED** and **SIGNED** this **13th** day of **November, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE